UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 8/21/2019 | **Time:** 1:37-1:39 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:17-cv-06386-DMR | **Case Name:** Estate of Nana Barfi Adomako, et al v. City of Fremont, et al | |

**For Plaintiffs:**
Carl Douglas (via CourtCall)

**For Defendants:**
Gregory Fox (via CourtCall)

**Deputy Clerk:** Ivy Lerma Garcia            **FTR:** 1:37-1:39

PROCEEDINGS

Further Case Management Conference held.

[X]     Parties have resolved the case.  Parties shall file a dismissal or a status report within 30 days.

**ORDER TO BE ISSUED BY:**
[ ] **Plaintiff**    [ ] **Defendant**    [ ] **Court**

cc:     Chambers